UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand and thirteen.

_____

Feige Zaeretsky, AKA Feige Berlin, Aaron Berlin,

    Plaintiffs - Appellants,

    v.

Maxi-Aids, Incorporated, Angela Giglio, Elliot Zaretsky, Harold Zaretsky, Shirley Zaretzky, Larry Diblasi, Latonya Thompson, Pamela Stein, Teresa Butler, Michael D. Solomon, Solomon & Herrera, PLLC, Iglar, Hear-More, Able-Vision, Susan Rubin, Daniel Herrera, Richard Hause, Samuelson, Hause & Samuelson, LLP, Alisa J. Epstein, New York State Department of Taxation, Amazon.Com, Inc., Capital One Bank, N.A.,

    Defendants - Appellees,

M & H Incorporated, David Wacholder, John Doe, 1-9, Jane Doe, 1-9, European American Bank, JP Morgan Chase Bank, N.A., Raoul Felder, Raoul Felder & Partners, P.C., United States Department of Treasury,

    Defendants.

**STATEMENT OF COSTS**
Docket No. 12-3126

_____

IT IS HEREBY ORDERED that costs are taxed in the amount of $818.40 in favor of Appellees Richard Hause; Samuelson, Hause & Samuelson, LLP; and Alisa J. Epstein.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

CERTIFIED COPY ISSUED ON 08/15/2013